AO 245D (Rev. 12/03) Judgment in a Criminal Case for Revocations
Sheet 1

Jaime Opanashuk/vg

# UNITED STATES DISTRICT COURT

WESTERN District of NEW YORK

UNITED STATES OF AMERICA
V.

Jose D. Ortiz

**JUDGMENT IN A CRIMINAL CASE**
(For **Revocation** of Probation or Supervised Release)

Case Number: 6:04-CR-6157-009
USM Number: 12440-055

Michael Tallon
Defendant's Attorney

**THE DEFENDANT:**

☒ admitted guilt to violation of charge(s)  #1  of the term of supervision.

☐ was found in violation of charge(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1/Mandatory Condition | The defendant shall not commit another federal, state or local crime. | 04/04/2011 |

The defendant is sentenced as provided in pages 2 through __2__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☒ The defendant has not violated charge(s)  #2 and #3  and they are dismissed.

It is ordered that **the defendant must** notify the United States attorney for this district within 30 days **of** any change **of name, residence,** or mailing address **until all** fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If **ordered to pay** restitution, the defendant **must** notify the court and United States **attorney of** material changes in economic circumstances.

May 24, 2011
Date of Imposition of Judgment

*/s/ Charles Siragusa/*
Signature of Judge

Honorable Charles J. Siragusa, U.S. District Judge
Name and Title of Judge

6-2-11
Date

AO 245D    (Rev. 12/03 Judgment in a Criminal Case for Revocations
           Sheet 2— Imprisonment

Jaime Opanashuk/vg

DEFENDANT:      Jose D. Ortiz
CASE NUMBER:    6:04-CR-6157-009

Judgment — Page  2  of  2

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of :    23 months.  **No Supervised Release to follow.**

☐  The court makes the following recommendations to the Bureau of Prisons:

☒  The defendant is remanded to the custody of the United States Marshal.

☐  The defendant shall surrender to the United States Marshal for this district:

    ☐  at _____  ☐ a.m.  ☐ p.m.  on _____ .

    ☐  as notified by the United States Marshal.

☐  The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐  before 2 p.m. on _____ .

    ☐  as notified by the United States Marshal.

    ☐  as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on _____ to _____

a _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
    DEPUTY UNITED STATES MARSHAL